# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

133669

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AMERISURE MUTUAL INSURANCE
COMPANY,
        Plaintiff/Counter
        Defendant-Appellee,

v

CAREY TRANSPORTATION, INC.,
and DIANE CAREY,
        Defendants/Counter
        Plaintiffs-Appellants,

and

GERRI THOMAS,
        Defendant/Counter
        Plaintiff-Appellee,

and

GERALD THOMAS, TRAILER
X-PRESS, INC., and PHOENIX
INSURANCE GROUP,
        Defendants-Appellees.

SC: 133669
COA: 270339
Wayne CC: 05-503294-CK

_____/

On order of the Court, the application for leave to appeal the January 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

_____
Clerk